**United States District Court**
For the Northern District of California

1
2
3
4
5

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN S. KARLS,

    Plaintiff,

    v.

GOLDMAN SACHS GROUP, INC., THE GOLDMAN SACHS U.S.-TAX "CONSOLIDATED GROUP" OF CORPORATIONS, ET AL.,

    Defendants.
                                    /

No. C 09-03375 JSW

**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS**

        This matter is set for a hearing on September 11, 2009 on Defendant The Goldman Sachs Groups, Inc's motion to dismiss. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than August 11, 2009 and a reply brief shall be filed by no later than August 18, 2009. Failure to oppose the motion may result in **dismissal** of this action.

        If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: July 28, 2009

                                                                  _Jeffrey S. White_
                                                                JEFFREY S. WHITE
                                                                UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN S. KARLS et al, | Case Number: CV09-03375 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| GOLDMAN SACHS GROUP et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 28, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John S. Karls
1534 Clay Street
Unit 1
San Francisco, CA 94109

Dated: July 28, 2009

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk